**Anton Kneisel et al., complainants, v. Ursus Motor Company et al., defendants.**

**Maximilian J. St. George, petitioner and appellant, v. Chicago Title & Trust Company, receiver, respondent and appellee. Gen. No. 31,305.**

Petition that insolvent's receiver pay claim. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed May 17, 1927.

Maximilian J. St. George, *pro se.* Angus Roy Shannon, Michael Feinberg and Hamilton Moses, for appellee; Michael Feinberg, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.